The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## WAYMIRE v. STATE.
### No. 18442.

Court of Criminal Appeals of Texas.
April 22, 1936.

Clark Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

Accompanying the record is an affidavit in due form made by appellant asking that the appeal be dismissed. The request is granted. The appeal is dismissed.